IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:06 CV 146**

| | | |
|---|---|---|
| MARICIA ROJAS, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONAL DIAGNOSTICS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on its own motion. A Certification and Report of Initial Attorneys' Conference has been filed in this case. Prior to entering the Pre-Trial Order, a status conference will be held in Chambers. The parties are directed to appear for this conference on **Thursday, November 9, 2006 at 3:00 p.m.**

    It is so ordered.

                                                   Signed: October 19, 2006

                                                 Graham C. Mullen
                                                 United States District Judge