IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV146-MU

| | | |
|---|---|---|
| MARICIA D. ROJAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| NATIONAL DIAGNOSTICS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court upon a Complaint filed by Plaintiffs pro se. Defendant has filed a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56 asserting that there is no genuine issue of material fact and that summary judgment is appropriate as a matter of law.

It appears that this Defendant may be entitled to summary judgment in this action as a matter of law. Therefore, the Plaintiffs are directed to file a response as described below:

**TO THE PLAINTIFF, MARICIA D. ROJAS, READ THE FOLLOWING VERY CAREFULLY:**

You are to file a brief written argument opposing the Defendant's brief supporting the Motion for Summary Judgment.

Within fourteen days of the date of entry of this Order, the Plaintiffs must submit the brief or request an extension of the deadline.

You are hereby advised that you have fourteen (14) days from the filing of this Order in which to file your response to the Motion for Summary Judgment. If you fail to respond to this

1

motion, the court will proceed to decide the matter. A copy of the response must be served on the Defendant and a certificate of service must be filed with the court showing that a copy has been sent to counsel for the Defendants.

IT IS THEREFORE ORDERED that Plaintiff has fourteen (14) days from the filing of this Order in which to respond to Defendants' Motion for Summary Judgment.

The Clerk is directed to certify copies of this Order to Plaintiff and counsel for Defendants. The Clerk is specifically directed to send Plaintiff's copy by **certified mail, return receipt requested**.

Signed: August 28, 2007

Graham C. Mullen
United States District Judge