| | | |
|---|---|---|
| MARICIA D. ROJAS, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER** |
| NATIONAL DIAGNOSTICS INC., | ) | |
| Defendant. | ) | |
| | ) | |

      **THIS MATTER** is before the court on its own motion. The trial in this matter is hereby re-scheduled for **Monday, February 4, 2008, at 10:00 a.m.** in Charlotte.

      It is so ordered.

Signed: September 18, 2007

Graham C. Mullen
United States District Judge